**Original filed 4/23/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THEOPRIC BLOODSAW, | ) | No. C 07-2062 JF (PR) |
| Petitioner, | ) | ORDER CORRECTING |
| | ) | ERRONEOUS FILING; |
| vs. | ) | CLOSING CASE; |
| | ) | INSTRUCTIONS TO CLERK |
| J.S. WOODFORD, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, filed an application to proceed in forma pauperis on April 12, 2007. Petitioner has an earlier habeas action pending with the Court, in case no. C 07-1442 JF (PR), which was filed on March 13, 2007. Petitioner's motion to proceed in forma pauperis was mistakenly received and opened as a new case in the instant action, rather than in his pending habeas action in case no. C 07-1442 JF (PR). Accordingly, the Clerk is instructed to copy all documents from the instant case and transfer the documents to Petitioner's earlier filed habeas action in case number C 07-1442 JF (PR).

\\\

\\\

1  Because the instant case was opened erroneously, the Clerk shall close the file and

2  terminate any pending motions.  No filing fee is due.

3       IT IS SO ORDERED.

4  DATED: ___4/23/07_____

5                                        JEREMY FOGEL
                                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    A copy of this ruling was mailed to the following:

2

3    Theopric Bloodsaw
     P-20045
     Pelican Bay State Prison
4    P.O. Box 7500
     Crescent City, CA  95532

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28